IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JORGE PEREZ, individually and
on behalf of all others similarly situated                                      PLAINTIFFS

v.                              Case No. 4:16-cv-00081 KGB

JESUS GARCIA, *et al.*                                                          DEFENDANTS

## ORDER

Before the Court is a joint motion for voluntary dismissal (Dkt. No. 20). Plaintiff Jorge Perez brought this action on behalf of himself and others similarly situated against defendants Jesus Garcia, Reynaldo Vasquez, and William Throckmorton pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C §§ 201, *et seq*. (Dkt. No. 1).

By previous Order, the Court granted a joint motion to dismiss Mr. Throckmorton (Dkt. No. 13). The parties now request that the Court dismiss without prejudice Mr. Perez's claims against Mr. Vasquez, as Mr. Vasquez was never served, and request that the Court dismiss with prejudice his claims against Mr. Garcia, as Mr. Perez and Mr. Garcia have reached a settlement resolving all of Mr. Perez's claims in this action. While this action was filed as a proposed FLSA collective action, the parties inform the Court that their settlement agreement does not purport to resolve any claims on behalf of any class (Dkt. No. 20, ¶ 5).

The parties' joint motion for voluntary dismissal is granted (Dkt. No. 20). Mr. Perez's claims against Mr. Vasquez are dismissed without prejudice. His claims against Mr. Garcia are dismissed with prejudice. Court review of the parties' settlement agreement is unnecessary, as all agree that the parties' agreement is not binding on any potential class members, Mr. Perez was represented by counsel throughout the course of this action, and all parties have represented to the Court that they desire to keep their settlement agreement confidential and would prefer

that the Court not conduct a reasonableness review. *See Schneider v. Habitat for Humanity International, Inc.*, No. 5:14-cv-5230, slip. op. at 5 (W.D. Ark. Feb. 5, 2015); *see also Martin v. Spring Break '83 Prods., L.L.C.*, 688 F.3d 247, 256 (5th Cir. 2012) (finding that a reasonableness review or public filing of an FLSA settlement is not necessary in all cases).

So ordered this the 1st day of December, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Court Judge